UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

KEITH F. MILLER,                                    :                4:15-cv-04104-LLP

            Plaintiff,                          :

v.                                                 :            PLAINTIFF'S MOTION
                                                  TO COMPEL

METROPOLITAN GROUP PROPERTY          :
AND CASUALTY INSURANCE
COMPANY,                                            :

            Defendant.                        :

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Plaintiff Keith Miller moves this Court to Compel Defendant Metropolitan Group Property and Casualty Insurance Company ("MetLife") under Federal Rules of Civil Procedure 37(a)(1) and (3)(iii)-(iv).  In accordance with D.S.D. L.R. 37.1 and Rule 37(a)(1)'s requirement that a Motion include a "certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."  *See* the Second Affidavit of Eric T. Preheim, filed herewith.

Because MetLife has refused to provide responses to discovery requests that have been repeatedly found to be discoverable in South Dakota, Plaintiff also requests an award of attorneys' fees under Rule 37(a)(5).

4:15-cv-04104-LLP
Plaintiff's Motion to Compel

Dated this 10th day of November, 2015.

FULLER & WILLIAMSON, LLP


/s/ Eric T. Preheim
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
Phone: (605) 333-0003
Fax:     (605) 333-0007
Email:  dnelsen@fullerandwilliamson.com
           epreheim@fullerandwilliamson.com
*Attorneys for Plaintiff Keith F. Miller*

**Certificate of Service**

I certify that on the 10th day of November, 2015, I e-filed and served via CM/ECF Filer (PACER), a true and correct copy of the foregoing Plaintiff's Motion to Compel, upon:

Jeff L. Bratkiewicz
BANGS, MCCULLEN, BUTLER, FOYE & SIMMONS, LLP
jeffb@bangsmccullen.com
  *Attorney for Defendant*

/s/ Eric T. Preheim
One of the Attorneys for Plaintiff

2