

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 17 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KEITH F. MILLER, | CIV 15-4104 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation and Joint Motion for Judgment of Dismissal, Doc. 29, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 17th day of December, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
       Deputy